No. 13. ENGINE AIR SERVICE, INC. ET AL. v. HALPERT, TRUSTEE IN BANKRUPTCY. Certiorari, 348 U. S. 854, to the United States Court of Appeals for the Second Circuit. June 9, 1955. Dismissed on motion of petitioners pursuant to Rule 60 of the Rules of this Court. *James G. Moore* for petitioners. ▮

No. 166. ILLINOIS CENTRAL RAILROAD Co. v. COUSSENS, ADMINISTRATRIX. On petition for writ of certiorari to the Supreme Court of Mississippi. July 26, 1955. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *James L. Byrd* was on the stipulation for petitioner. With him on the petition were *Joseph H. Wright* and *John W. Freels.* ▮

No. 10, Misc. MASUTH v. INDIANA. On petition for writ of certiorari to the Supreme Court of Indiana. August 4, 1955. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Richard W. Mehl* for petitioner. *Edwin K. Steers,* Attorney General of Indiana, for respondent. ▮

No. 128. GOLDBAUM ET AL. v. UNITED STATES. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. August 9, 1955. Dismissed per stipulation pursuant to Rule 60 of the Rules of this Court. *Irvin Goldstein* for petitioners. *Solicitor*

801